IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD CLAUDE BULPITT,

    Petitioner,               No. CIV S-08-0898 WBS EFB P

    vs.

JAMES D. HARTLEY, et al.,

    Respondents.          ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' December 22, 2008, request is granted and respondents have 30 days from the date this order is served to file a response to the petition.

Dated: December 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE