IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD CLAUDE BULPITT,

    Petitioner,                    No. CIV S-08-0898 WBS EFB P

    vs.

JAMES D. HARTLEY, et al.,

    Respondents.                <u>ORDER</u>

/

    Petitioner is a state prisoner proceeding through counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested a second extension of time to respond to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' request is granted and respondents have until March 2, 2009, to file a response to the petition.

Dated: February 5, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE