1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of the State of California
2  DANE R. GILLETTE, State Bar No. 65925
   Chief Assistant Attorney General
3  JULIE L. GARLAND, State Bar No. 179657
   Senior Assistant Attorney General
4  JENNIFER A. NEILL, State Bar No. 184697
   Supervising Deputy Attorney General
5  ROBERT C. CROSS, State Bar No. 65553
   Deputy Attorney General
6   1300 I Street, Suite 125
    Post Office Box 944255
7   Sacramento, CA  94244-2550
    Telephone:  (916) 324-5376
8   Fascimile:   (916) 322-8288
    Email:  Robert.Cross@doj.ca.gov
9
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD CLAUDE BULPITT,** | 2:08-cv-00898-WBS-EFB |
| Petitioner, | **STIPULATION TO STAY PROCEEDINGS** |
| v. | |
| **JAMES D. HARTLEY, et al.,** | |
| Respondents. | |

Petitioner here contends that he was wrongfully denied parole in violation of his federal rights. Petitioner has made the same contention before the California state courts. With respect to some of the issues relating to this claim, Petitioner has sought and been denied relief by the California Supreme Court. However, with respect to other issues, and the ultimate question itself, Petitioner is still pursuing remedies before the state courts.

Respondent contends that Petitioner has not yet exhausted his state remedies in this action. Although Petitioner does not admit that he has not yet exhausted his state remedies, he does agree that this matter would be most efficiently and economically presented to the federal court

STIPULATION TO STAY
1

if and when he is ultimately denied relief before the state courts.  If Petitioner is granted relief before the state courts, Respondent would likely move to dismiss this action for mootness. Petitioner would oppose such a motion on the ground that if his petition before this Court is granted, Petitioner would be entitled to the credit of this unlawful custody time against his five-year parole period.  If Petitioner is denied relief before the state courts, Petitioner would likely seek federal relief and move to consolidate all claims in a single case.

    Until all state court claims relating to this case are resolved, the parties mutually agree and stipulate that this federal action be stayed.  Either party may at any time move the Court to dissolve or modify this stay based upon changed or future circumstances.

    Therefore, the parties request that this Court stay this matter until further order of the Court.

Dated:  February 25, 2009            / s / Robert C. Cross
                                                      Robert C. Cross
                                                      Attorney for Respondent

Dated:  February 25, 2009            / s/ Carrie Kojimoto (as authorized on 2/25/09)
                                                      Carrie Kojimoto
                                                      Attorney for Petitioner

SA2008305974
30674060.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD CLAUDE BULPITT,** | 2:08-cv-00898-WBS-EFB |
| Petitioner, | **[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS** |
| v. | |
| **JAMES D. HARTLEY, et al.,** | |
| Respondents. | |

Pursuant to the stipulation to stay proceedings in this matter pending resolution of all state court claims relating to the case, this matter is stayed until further order of the court.

Dated: April 14, 2009

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2008305974
30677085.wpd