MICHAEL SATRIS SBN 67413
CARRIE KOJIMOTO, SBN 152824
LAW OFFICES OF MICHAEL SATRIS
Post Office Box 337
Bolinas, CA  94924
Telephone:   (415) 868-9209
Fax:              (415) 868-2658
Email:satris@sbcglobal.net

Attorneys for Petitioner
DONALD BULPITT


EDMUND G. BROWN JR.
Attorney General of the State of California
MARY JO GRAVES
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
PAMELA B. HOOLEY, State Bar No. 161616
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:   (916) 323-1951
Fax:              (916) 322-8288
Email:         pamela.hooley@doj.ca.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CLAUDE BULPITT,<br><br>        Petitioner,<br><br>   vs.<br><br>JAMES D. HARTLEY, Warden<br><br>        Respondent. | No. 2:08-CV-00898-WBS-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE** |

1

Stipulation and Order for Dismissal of the                                                                                       *Bulpitt v. Hartley*
Petition for Writ of Habeas Corpus with Prejudice                                                                No. 2:08-CV-00898-WBS-KJN

The parties hereby stipulate that the petition for writ of habeas corpus may be dismissed with prejudice and submit this joint request for the Court to so order.

Dated:  May 25, 2010

>  /s/     Carrie Kojimoto
> CARRIE KOJIMOTO
> Attorney for Petitioner

Dated :  May 25, 2010

> /s/    Pamela Hooley
> PAMELA B. HOOLEY
> Attorney for Respondent

SO ORDERED.

June 1, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order for Dismissal of the
Petition for Writ of Habeas Corpus with Prejudice

*Bulpitt v. Hartley*
No. 2:08-CV-00898-WBS-KJN