MICHAEL SATRIS SBN 67413
CARRIE KOJIMOTO, SBN 152824
LAW OFFICES OF MICHAEL SATRIS
Post Office Box 337
Bolinas, CA  94924
Telephone:    (415) 868-9209
Fax:          (415) 868-2658
Email:    satris@sbcglobal.net

Attorneys for Petitioner
DONALD BULPITT


EDMUND G. BROWN JR.
Attorney General of the State of California
JENNIFER A. NEILL
Supervising Deputy Attorney General
PAMELA B. HOOLEY, State Bar No. 161616
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:    (916) 323-1951
Fax:          (916) 322-8288
Email:    pamela.hooley@doj.ca.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CLAUDE BULPITT,<br><br>     Petitioner,<br><br>  vs.<br><br>JAMES D. HARTLEY, Warden<br><br>     Respondent. | No. 2:08-CV-00898-WBS-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THE PETITION FOR WRIT OF HABEAS CORPUS (Revised)** |

1

1 | The parties hereby stipulate that the petition for writ
2 | of habeas corpus may be dismissed with prejudice and submit
3 | this joint request for the Court to so order.
4 |
5 | Dated:   May 25, 2010
6 |                                    /s/       Carrie Kojimoto___
7 |                                    CARRIE KOJIMOTO
  |                                    Attorney for Petitioner
8 |
9 | Dated:   May 25, 2010
10 |                                   /s/       Pamela Hooley___
11 |                                   PAMELA B. HOOLEY
   |                                   Attorney for Respondent
12 |
13 | SO ORDERED.
14 |
15 |                           WILLIAM B. SHUBB
16 |                           UNITED STATES DISTRICT JUDGE
17 |
18 | Dated:   June 3, 2010

2

Stipulation and Order for Dismissal with Prejudice of the
Petition for Writ of Habeas Corpus                    No. 2:08-CV-00898-WBS-KJN